KITTLE
v.
BAKER.

Judgment affirmed.

——————●❀●——————

### KITTLE *against* BAKER AND BROWN.

Where a con- **IN ERROR**, on *certiorari*, from a justice's court. *Kittle*
stable who
served a sum- sued *Baker* and *Brown* before the justice. On the return of the
mons, answer-
ed for the summons, the parties being called, the constable who served the
plaintiff, and
exhibited his summons answered for the plaintiff, and the defendants appeared
demand to the by their attorney. The constable then exhibited to the justice
justice, and no
objection was the plaintiff's demand, to which the defendants pleaded *non as-*
made by the
defendant, it *sumpsit.* On motion in behalf of the plaintiff, the cause was ad-
was held, that
it could not be journed, for want of his witnesses, from the 15th to the 21st *Fe-*
alleged for er-
ror. *bruary.* The adjournment was objected to by the defendants,
The justice but was granted, without requiring any oath of the absence, or
may, on the
return of a materiality of the witnesses. No objection was made to the con-
summons, at stable's appearing for the plaintiff.
the request of
the plaintiff, At the adjourned day, the defendants did not appear, and the
adjourn the
cause for six plaintiff's demand being proved, the justice gave judgment for the
days, without plaintiff, for 3 dollars and 12 cents.
requiring an
oath of the
absence of *Per Curiam.* The appearance of the constable who served the
material wit-
nesses. summons, being confined to the exhibition of the plaintiff's de-
mand, was not objectionable. The justice was authorized to ad-
journ the hearing of the cause, from the day of the return of the
summons, to a reasonable time, " not exceeding six days there-
after;" and as he did not exceed that time, his proceeding was
not erroneous, nor does it appear to have been unreasonable.

Judgment affirmed.(*a*)

(*a*) See *Phinney* v. *Earle, ante,* 352.